UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY ELGUEZABAL | CIVIL ACTION |
| VERSUS | NO. 12-1346 |
| CHURCH & DWIGHT CO., INC., et al. | SECTION: "G"(3) |

### ORDER AND REASONS

Before the Court is Defendant Liberty Mutual Insurance Company's ("Liberty") Motion for Summary Judgment, wherein it seeks dismissal with prejudice of all claims asserted against it by Plaintiff Joy Elguezabal ("Plaintiff").[1] Upon the request of Plaintiff, the submission date for the pending motion was continued to May 1, 2013, and the Court ordered that any opposition to the pending motion be filed by April 24, 2013.[2] To date, Plaintiff has not filed an opposition to the pending motion. For the reasons stated in Liberty's memorandum in support of the pending motion,[3] and because the Court finds that the pending motion has merit,

**IT IS HEREBY ORDERED** that Liberty's Motion for Summary Judgment is **GRANTED**, and all claims against it in this matter are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this 3rd day of May, 2013.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 56.

[2] Rec. Doc. 84.

[3] Rec. Doc. 56-1.