MINUTE ENTRY
KNOWLES, M.J.
DECEMBER 9, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY ELGUEZABAL | CIVIL ACTION |
| VERSUS | NO. 12-1346 |
| CHURCH & DWIGHT CO., INC. | SECTION "G" (3) |

Following discussions among the parties, the above-captioned case has settled. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*(signature)*
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:

Hon. Nannette Jolivette Brown

MJSTAR(00:25)